IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHELLE TURNER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CASEY'S RETAIL COMPANY, )<br>)<br>Defendant. )<br>) | Case No. 19-cv-1037-JPO |

## **ORDER**

Before the Court is defendant's Unopposed Motion (ECF No. 24) for Leave of Court to Extend Deadlines in the Court's Scheduling Order (ECF No. 15).

Upon due consideration of the defendant's unopposed motion, and for good cause,

IT IS HEREBY ORDERED that defendant's unopposed motion to amend the Scheduling Order is GRANTED, with these changes to the original Scheduling Order:

a. Physical and mental examinations, from June 21, 2019, to July 19, 2019;

b. Expert disclosed by defendant, from July 1, 2019, to August 10, 2019; and

c. Rebuttal experts, from August 1, 2019 to August 24, 2019.

                                                                s/ James P. O'Hara
                                                                 JAMES P. O'HARA
                                                                 U.S. MAGISTRATE JUDGE